UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-166-LRH-CWH -1 |
| DIPAK DESAI, M.D., | ) ) ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court finds that on April 2, 2015, defendant DIPAK DESAI, M.D. pled guilty to Counts One and Twenty-Four of a Twenty-Six-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Health Care Fraud in violation of Title 18, United States Code, Sections 371 and 1347 and in Count Twenty-Four with Health Care Fraud in violation of Title 18, United States Code, Section 1347. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Memorandum, ECF No. 86.

This Court finds defendant DIPAK DESAI, M.D. agreed to the forfeiture of the *in personam* criminal forfeiture money judgment of $2,213,550 set forth in the Plea Memorandum and the Forfeiture Allegation in the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Memorandum, ECF No. 86.

This Court finds that DIPAK DESAI, M.D. shall pay a criminal forfeiture money judgment of $2,213,550 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P.

/ / /

32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7) and (b)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DIPAK DESAI, M.D. a criminal forfeiture money judgment in the amount of $2,213,550 in United States Currency.

DATED this 14th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE