AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DIPAK DESAI, M.D. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  2:11-CR-166-LRH-CWH-1<br>USM Number:  46332-048 |

**Date of Original Judgment:  7/10/15**
**(Or Date of Last Amended Judgment)**

Richard Wright, Retained
Defendant's Attorney

Reason for Amendment:

☐ Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

(X) Correction of sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

(X)  pleaded guilty to count(s)  1 and 24 of the Indictment filed 4/27/11

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
After a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 371 | Conspiracy to Commit Health Care Fraud | 2/2008 | 1 |
| 18 U.S.C. 1347 and 2 | Health Care Fraud, Aiding and Abetting | 1/29/08 | 24 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

(X)  Count(s) 2 - 23, 25, and 26  are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

____ ✓ FILED      ____ RECEIVED
____ ENTERED      ____ SERVED ON
COUNSEL/PARTIES OF RECORD

**JUL 1 4 2015**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7/9/15
Date of Imposition of Judgment

Signature of Judge

Larry R. Hicks, United States District Judge
Name and Title of Judge

7/14/15
Date

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
       Sheet 2 - Imprisonment

Judgment - Page __2__ of __6__

DEFENDANT:         DIPAK DESAI, M.D.
CASE NUMBER:     2:11-CR-166-LRH-CWH-1

## IMPRISONMENT

\*      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTY (60) MONTHS AS TO COUNT 1; SEVENTY ONE (71) MONTHS AS TO COUNT 24, TO RUN CONCURRENT AND CONCURRENT TO Nevada state case No. C-265107; less 941 days time credit as so ordered by the Court pursuant to Sentencing Guideline 5G1.3(b).**

(X)  The court makes the following recommendations to the Bureau of Prisons:

      **The Court recommends the defendant continue to serve his sentence at the state prison facility.**

(X)  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

      ☐ at _____ ☐ a.m. ☐ p.m. on _____.

      ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐ before 2 p.m. on _____.

      ☐ as notified by the United States Marshal.

      ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNTIED STATES MARSHAL

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page __3__ of __6__

DEFENDANT:        DIPAK DESAI, M.D.
CASE NUMBER:      2:11-CR-166-LRH-CWH-1

<h1 style="text-align:center">SUPERVISED RELEASE</h1>

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 YEARS AS TO COUNT 1; AND 3 YEARS AS TO COUNT 24 TO RUN CONCURRENT.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

(X)    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

(X)    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

(X)    The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐    The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

<h1 style="text-align:center">STANDARD CONDITIONS OF SUPERVISION</h1>

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependents and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
       Sheet 3C - Supervised Release

Judgment - Page __4__ of __6__

DEFENDANT:        DIPAK DESAI, M.D.
CASE NUMBER:     2:11-CR-166-LRH-CWH-1

# SPECIAL CONDITIONS OF SUPERVISION

1.       <u>Debt Obligation</u> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation office.

2.       <u>Access to Financial Information</u> - The defendant shall provide the probation office access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business or financial information in which the defendant has a control or interest.

3.       <u>Employment Restriction</u> - The defendant shall be restricted from engaging in employment, consulting, or any association with any medical business for a period of 3 years.

4.       <u>Warrantless Search</u> - The defendant shall submit to the search of his person, and any property, residence, or automobile under his/her control by the probation office, or any other authorized person under the immediate and personal supervision of the probation office without a search warrant to ensure compliance with all conditions of release.

5.       <u>Possession of Weapon</u> - The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

6.       <u>Report to Probation Office After Release from Custody</u> - The defendant shall report in person to the probation office in the District to which the defendant is released within 72 hours of release from custody.

       Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

       These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

_____       _____
Defendant's signature                            Date

_____       _____
Signature of the U.S. Probation Officer/Designated Witness     Date

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

DEFENDANT:        DIPAK DESAI, M.D.
CASE NUMBER:    2:11-CR-166-LRH-CWH-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  100.00 (Count 1)<br>     100.00 (Count 24)<br>     **Total: $200.00** | $  WAIVED | $  2,213,550.00 |

☐      The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐      The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

      If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **FINAL RESTITUTION VICTIM LIST TO BE PROVIDED BY COUNSEL**<br><br>Clerk, U.S. District Court<br>Attn: Financial Office<br>**Case No. 2:11-CR-166-LRH-CWH-1**<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | $2,213,550.00 | |

| **TOTALS** | $_____ | $ 2,213,550.00 | |

☐      Restitution amount ordered pursuant to plea agreement $ _____

☐      The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐      The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ☐      the interest requirement is waived for the ☐ fine ☐ restitution.

      ☐      the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
      Sheet 6- Schedule of Payments

Judgment - Page __6__ of __6__

DEFENDANT:       DIPAK DESAI, M.D.
CASE NUMBER:    2:11-CR-166-LRH-CWH-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**     (X)      Lump sum payment of $ 2,213,750.00 _____ due immediately, balance due

             ☐      Not later than _____, or
             ☐      in accordance   ☐ C,    ☐ D,    ☐ E, or (X) F below; or

**B**     ☐      Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or   ☐ F below); or

**C**     ☐      Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period
              of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this
              judgment; or

**D**     ☐      Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period
              of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
              imprisonment to a term of supervision; or

**E**     ☐      Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
              from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay
              at that time; or

**F**     (X)      Special instructions regarding the payment of criminal monetary penalties:
              **Any unpaid balance shall be paid at a monthly rate of not less than 10% of any income earned**
              **during incarceration and/or gross income while on supervision, subject to adjustment by the Court**
              **based upon ability to pay.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐      Joint and Several

        Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and
        Several Amount, and corresponding payee, if appropriate.

☐      The defendant shall pay the cost of prosecution.

☐      The defendant shall pay the following court cost(s):

(X)      The defendant shall forfeit the defendant's interest in the following property to the United States:
        **SEE ATTACHED**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-166-LRH-(CWH) |
| DIPAK DESAI, M.D., | ) ) |
| Defendant. | ) ) |

## FINAL ORDER OF FORFEITURE

This Court found that DIPAK DESAI, M.D., shall pay the criminal forfeiture money judgment of $2,213,550 in United States Currency, to be held jointly and severally liable with any codefendant, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Memorandum, ECF No. 86; Order of Forfeiture, ECF No. 89.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DIPAK DESAI, M.D., the criminal forfeiture money judgment in the amount of $2,213,550 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).

DATED this ___ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE