```
                FILED              RECEIVED
                ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                      JUL 09 2015

                  CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-166-LRH-(CWH) |
| DIPAK DESAI, M.D., | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

This Court found that DIPAK DESAI, M.D., shall pay the criminal forfeiture money judgment of $2,213,550 in United States Currency, to be held jointly and severally liable with any codefendant, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Memorandum, ECF No. 86; Order of Forfeiture, ECF No 89.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DIPAK DESAI, M.D., the criminal forfeiture money judgment in the amount of $2,213,550 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).

DATED this 7 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE