UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DIPAK DESAI, M.D.,<br><br>　　　　　　　　Defendant. | Case no. 2:11-CR-00166-LRH-(CWH)<br><br>ORDER |

　　　Before the court is the Government's Motion to Enter the Restitution List and Amounts (#114[1]), which was filed on September 4, 2015. Defendant did not file a response, and the government filed its Reply to Dipak Desai's Failure to Oppose Government's Motion to Enter the Restitution List and Amounts (doc. #115) on October 9, 2015. The court having considered the aforementioned documents, and good cause appearing,

　　　IT IS HEREBY ORDERED that the Government's Motion to Enter the Restitution List and Amounts (#114) is GRANTED; the Deputy Clerk shall file an amended judgment in this matter, listing the victims' names and the restitution amounts.

　　　IT IS SO ORDERED.

　　　DATED this 22nd day of December, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.