AO 245C  (Rev. 09/11) Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT
### District of Nevada

UNITED STATES OF AMERICA

v.

DIPAK DESAI, M.D.

**SECOND**
**AMENDED JUDGMENT IN A CRIMINAL CASE**

Case Number:    2:11-CR-166-LRH-CWH-1
USM Number:    46332-048

**Date of Original Judgment:** 7/14/15
**(Or Date of Last Amended Judgment)**

Richard Wright, Retained
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

( )  Correction of sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

*(X)  Modification of Restitution Order (18 U.S.C. § 3664)

## THE DEFENDANT:

(X)  pleaded guilty to count(s)  1 and 24 of the Indictment filed 4/27/11

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    After a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 371 | Conspiracy to Commit Health Care Fraud | 2/2008 | 1 |
| 18 U.S.C. 1347 and 2 | Health Care Fraud, Aiding and Abetting | 1/29/08 | 24 |

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

(X)  Count(s) 2 - 23, 25, and 26    are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

☑ FILED    ___ RECEIVED
___ ENTERED    ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 06 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7/9/15
Date of Imposition of Judgment

Signature of Judge

Larry R. Hicks, United States District Judge
Name and Title of Judge

1/6/16
Date

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Judgment - Page __2__ of __6__

DEFENDANT:        DIPAK DESAI, M.D.
CASE NUMBER:    2:11-CR-166-LRH-CWH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIXTY (60) MONTHS AS TO COUNT 1; SEVENTY ONE (71) MONTHS AS TO COUNT 24, TO RUN CONCURRENT AND CONCURRENT TO Nevada state case No. C-265107; less 941 days time credit as so ordered by the Court pursuant to Sentencing Guideline 5G1.3(b).**

(X)  The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant continue to serve his sentence at the state prison facility.**

(X)  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a ____

_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNTIED STATES MARSHAL

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 - Supervised Release

Judgment - Page __3__ of __6__

DEFENDANT:        DIPAK DESAI, M.D.
CASE NUMBER:   2:11-CR-166-LRH-CWH-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 YEARS AS TO COUNT 1; AND 3 YEARS AS TO COUNT 24 TO RUN CONCURRENT.**

　　　The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

(X)　　The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

(X)　　The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

(X)　　The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐　　The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐　　The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

　　　If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

　　　The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)　　the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)　　the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)　　the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)　　the defendant shall support his or her dependents and meet other family responsibilities;
5)　　the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)　　the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)　　the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)　　the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)　　the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)　　the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)　　the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)　　the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)　　as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
    Sheet 3C - Supervised Release

Judgment - Page __4__ of __6__

DEFENDANT:      DIPAK DESAI, M.D.
CASE NUMBER:    2:11-CR-166-LRH-CWH-1

## SPECIAL CONDITIONS OF SUPERVISION

1.    <u>Debt Obligation</u> - The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts, without the approval of the probation office.

2.    <u>Access to Financial Information</u> - The defendant shall provide the probation office access to any requested financial information, including personal income tax returns, authorization for release of credit information, and any other business or financial information in which the defendant has a control or interest.

3.    <u>Employment Restriction</u> - The defendant shall be restricted from engaging in employment, consulting, or any association with any medical business for a period of 3 years.

4.    <u>Warrantless Search</u> - The defendant shall submit to the search of his person, and any property, residence, or automobile under his/her control by the probation office, or any other authorized person under the immediate and personal supervision of the probation office without a search warrant to ensure compliance with all conditions of release.

5.    <u>Possession of Weapon</u> - The defendant shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

6.    <u>Report to Probation Office After Release from Custody</u> - The defendant shall report in person to the probation office in the District to which the defendant is released within 72 hours of release from custody.

        Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

        These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

_____    _____
Defendant's signature                              Date

_____    _____
Signature of the U.S. Probation Officer/Designated Witness    Date

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

Judgment - Page _5_ of _6_

DEFENDANT: DIPAK DESAI, M.D.
CASE NUMBER: 2:11-CR-166-LRH-CWH-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS $ | 100.00 (Count 1) 100.00 (Count 24) Total: $200.00 | $ WAIVED | $ 2,213,550.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **\*RESTITUTION LIST AND AMOUNTS ATTACHED PER COURT ORDER [#116] FILED 12/22/15.** | | $2,213,550.00 | |
| Clerk, U.S. District Court Attn: Financial Office **Case No. 2:11-CR-166-LRH-CWH-1** 333 Las Vegas Boulevard, South Las Vegas, NV 89101 | | | |
| **TOTALS** | $_____ | $ 2,213,550.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

    ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
Sheet 6- Schedule of Payments

Judgment - Page __6__ of __6__

DEFENDANT:          DIPAK DESAI, M.D.
CASE NUMBER:        2:11-CR-166-LRH-CWH-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    (X)    Lump sum payment of $ 2,213,750.00 _____ due immediately, balance due

      ☐   Not later than _____, or
      ☐   in accordance   ☐ C,   ☐ D,   ☐ E, or (X) F below; or

**B**    ☐    Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period
of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this
judgment; or

**D**    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period
of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from
imprisonment to a term of supervision; or

**E**    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release
from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay
at that time; or

**F**    (X)    Special instructions regarding the payment of criminal monetary penalties:
**Any unpaid balance shall be paid at a monthly rate of not less than 10% of any income earned
during incarceration and/or gross income while on supervision, subject to adjustment by the Court
based upon ability to pay.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

      Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and
      Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

(X)    The defendant shall forfeit the defendant's interest in the following property to the United States:
      **SEE ATTACHED**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest,
(6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|         Plaintiff, | ) |
|       v. | )  2:11-CR-166-LRH-(CWH) |
| DIPAK DESAI, M.D., | ) |
|         Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

This Court found that DIPAK DESAI, M.D., shall pay the criminal forfeiture money judgment of $2,213,550 in United States Currency, to be held jointly and severally liable with any codefendant, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).  Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 85; Plea Memorandum, ECF No. 86; Order of Forfeiture, ECF No. 89.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from DIPAK DESAI, M.D., the criminal forfeiture money judgment in the amount of $2,213,550 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(7); and Title 21, United States Code, Section 853(p).

DATED this 2 day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

# DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
### Restitution List

| | |
|---|---:|
| A C Houston Lumber | 66.27 |
| A Company, Inc | 617.40 |
| A Health Markets Comp | 130.26 |
| A M General LLC | 257.01 |
| AC Houston Lumber Co | 194.53 |
| Ace Cab Company | 43.80 |
| ACEC/HealthPlan Services | 289.20 |
| Acordia | 161.44 |
| Administrative Concepts Inc | 1,462.77 |
| Administrative Enterprises | 209.05 |
| Advance Food Company | 119.99 |
| AEI Master Claims Account | 163.84 |
| Aetna Health | 41,440.09 |
| Aetna Life | 6,355.78 |
| Affiliated Clinical Research | 61.75 |
| AGA Nevada inc | 561.85 |
| Aladdin Resort and Casino | 668.10 |
| Albertsons Employees H & W Trust | 884.87 |
| Allied Building Materials | 589.99 |
| Allied Collection Services | 881.34 |
| Altius Health Plans | 41.20 |
| Amerencilco | 178.22 |
| American Administrative Group | 187.13 |
| American Benefit Plan Admin | 3,101.13 |
| American Financial Solutions | 30.92 |
| American General Financial | 26.81 |
| American Group Administrators | 58.10 |
| American Hotel Register | 36.26 |
| American Legend Cooperative | 109.64 |
| American Maritime Officers Med | 29.00 |
| American MedicalSecurity | 451.26 |
| American National Life Ins | 39.14 |
| American Plan Adminstrators | 42.02 |
| American Progressive | 19.60 |
| American Republic Insurance | 34.51 |
| AmericanBenefit Plan Adminisators | 18.04 |
| Americn Republic | 18.34 |
| AmeriHealth | 388.56 |
| Ameristar Casinos Inc | 308.54 |
| Ameritain Health | 132.32 |
| AMR Corporation | 3,642.84 |
| Anheuser-Busch Emp Benefit Tr | 18.27 |
| Anthem | 29,678.48 |
| Anthem Blue Cross | 1,804.14 |

1

**DEPAK DESAI, M.D.**
**2:11-cr-00166-LRH-CWH**
<u>**Restitution List**</u>

| | |
|---|---:|
| Apco Equipment | 236.60 |
| A-Plus Benefits Inc | 138.62 |
| APWU Health Plan | 2,697.89 |
| Arcadian Health Plan | 44.95 |
| Arch Coal | 20.24 |
| Arizona Pipe Trades | 144.65 |
| Arkansas Best Corp | 115.88 |
| Arkansas BlueCross BlueShield | 16.66 |
| AUL | 52.86 |
| Auxiant | 196.72 |
| Avemco Insurance Company | 93.68 |
| A-Z Credit Services-Trust | 45.24 |
| Badger Mining Company | 89.96 |
| Bakers Life and Casualty | 19.13 |
| Bakery and Confectionery Union | 22.39 |
| Ball State University | 31.80 |
| Bankers Life andCasualty | 436.10 |
| Barden Nevada Gaming | 13.53 |
| Barley's Casino & Brewing | 82.99 |
| Barrick Gaming Operations | 363.21 |
| BAS Benefit Admin Systems | 91.42 |
| BC Life & Health | 72.06 |
| Beal Service Corp | 39.66 |
| Bechtel Nevada | 2,228.56 |
| Benefil Concepts | 98.06 |
| Benefit  Plan | 128.55 |
| Benefit Administrative Systems | 557.93 |
| Benefit Capital Holdings | 35.23 |
| Benefit Concepts Inc | 6,240.25 |
| Benefit Plan | 772.24 |
| Benefit Planners Ltd | 278.25 |
| Benesight | 274.28 |
| Benicorp Insurance Comp | 4,991.56 |
| Berry Plastics | 87.10 |
| Best Life and Health Insurance | 93.68 |
| Beuford Schools | 117.79 |
| Big Lots Associate Benefit Plan | 539.72 |
| Bigelow Management | 339.85 |
| Blood Systems Inc | 323.73 |
| Blue Cross | 54.79 |
| Blue Cross Blue Shield of Mich | 42.32 |
| Blue Cross BlueShield of California | 120.80 |
| Blue Cross BlueShield of Illinois | 161.35 |
| Blue Cross BlueShield of Texas | 81.07 |
| Blue Cross of California | 2,778.02 |

## DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
## Restitution List

| | |
|---|---|
| Blue Cross of Illinois | 155.61 |
| Blue Shield of California | 55.69 |
| BlueCross Blue Shield of Oregon | 18.63 |
| BlueCross BlueShield of Alabama | 32.03 |
| BlueCross BlueShield of Illinois | 2,811.79 |
| BlueCross BlueShield of Kansas | 76.17 |
| BlueCross BlueShield of Mass | 58.36 |
| BlueCross BlueShield of Michigan | 411.09 |
| BlueCross BlueShield of Minnesota | 318.14 |
| BlueCross BlueShield of Montana | 17.90 |
| BlueCross BlueShield of Nebraska | 19.13 |
| BlueCross BlueShield of New Mex | 16.10 |
| BlueCross BlueShield of Texas | 168.59 |
| BlueCross BlueShield of West NY | 35.04 |
| BlueShield of California | 15.68 |
| Boilermakers National Health | 173.43 |
| Boulder City Hospital Benefit Pl | 84.91 |
| Bowen Property Management | 104.09 |
| Boyd Gaming Personal Care System | 854.45 |
| BSSI Benefit | 321.14 |
| Builder Cabinet Group | 281.13 |
| Butterfield Bank | 170.36 |
| C & A Industries | 133.69 |
| C.R. Homes | 61.75 |
| CAHP Health Benefits Trust | 41.46 |
| California Ironworkers Field Welf | 7,352.07 |
| California Pizza Kitchens | 293.76 |
| California Valued Trust | 18.34 |
| CareMed International Travel | 322.79 |
| Carpenters Health and Security | 170.50 |
| CBA | 120.67 |
| CBCA Administrators | 159.45 |
| CDA Productions Las Vegas Inc | 656.79 |
| Cement Masons and Plasters | 6,549.37 |
| Central Locating Service Ltd | 148.49 |
| Central Reserve Life | 620.81 |
| Central States Southeast | 301.96 |
| Central Texas Health and Benefit | 125.47 |
| Chickasaw Nation Industries | 139.86 |
| Choice Fund HAS | 41.61 |
| Christian Fidelity | 19.12 |
| Chugach Alaska Corp | 524.49 |
| Church of Jesus Christ of LDS | 31.19 |
| Cigna Group Insurance | 684.90 |
| Cind-R-Lite Company | 93.68 |

# DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
### Restitution List

| | |
|---|---|
| Cirque du Solie | 1,033.27 |
| City of Independence Staywell | 121.36 |
| City of Las Vegas Medical Benefit | 2,626.07 |
| City of Stamford | 16.10 |
| City of Syracuse | 154.24 |
| Clark County | 1,100.00 |
| Clark County Firefighters Union | 4,282.24 |
| Clark County, Nevada | 49,881.34 |
| Clopay | 93.69 |
| CNIC Health Solutions | 93.69 |
| Coast Benefits | 942.15 |
| Colonial Penn Life | 20.24 |
| Columbia Sussez | 414.73 |
| Commonwealth of Massachusetts | 1,047.74 |
| Comprehensive Care Services | 163.84 |
| Conetry Health Care | 133.69 |
| Connecticut General Life Ins | 151,782.17 |
| Construction Industry & Laborers | 10,939.51 |
| Consumer Credit NFCC | 50.10 |
| Continental General Insurance | 347.43 |
| CoreSource, Inc | 1,812.89 |
| Costco Wholesale | 39.96 |
| Coventry Health Care of LA | 1,097.85 |
| CPC Logistics Inc Medical Acct | 184.94 |
| Credit Acceptance Corp | 269.35 |
| Ctr for Medicare Medicaid Services | 83,748.60 |
| Culinary Workers Health Fund | 406,205.81 |
| Cupertino School Foundation | 78.88 |
| Customer Service International | 31.47 |
| Dan R Wagnon & Assoc | 434.77 |
| Dana Corporation | 16.10 |
| Darden Restaurants | 510.02 |
| Davisson Construction | 61.75 |
| Dawn Benefit Plan | 133.69 |
| Dawn Food Products | 98.06 |
| Definity Health | 2,682.11 |
| Deseret Mutual | 1,153.47 |
| Desert ShadowEndoscopy | 1,962.15 |
| Diamond Resorts Emp | 133.69 |
| Dillards Inc | 252.12 |
| Directors Guild of America | 165.76 |
| Disabled American Veterans | 165.76 |
| DJR | 17.22 |
| Dominican Community Support | 113.14 |
| Drive Time | 24.07 |

4

# DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
### Restitution List

| | |
|---|---:|
| DS Health & Life Ins | 145.06 |
| E B A & M Corporation | 115.20 |
| Eagle Scenic Airlines Inc | 844.87 |
| Easter Seals | 43.94 |
| Eaton Corp | 317.31 |
| Ecker Enterprises Inc | 84.37 |
| Eighth District Electrical Benefit | 195.80 |
| El CortezHotel and Casino | 133.69 |
| Electrical Workers Health & Welfare | 12,544.65 |
| Elko County School District | 177.20 |
| Emerald City Ambassadors. Inc | 16.10 |
| Employee Benefit Plan Kids Qst | 285.52 |
| Employee Painters Trust | 5,443.11 |
| Employers Insurance Group | 573.20 |
| Equitable Life& Casualty | 398.48 |
| Eugene Burger Management Corp | 144.66 |
| Everest Payroll Solutions | 72.03 |
| EZ Health Benefit Plan | 925.03 |
| Facility One Solutions | 44.22 |
| Farmer Bros Co | 334.10 |
| FBA | 51.07 |
| FedEx Kinko's | 102.21 |
| Fiesta Palms LLC | 5,200.07 |
| First Health | 85,533.65 |
| FirstComp Underwriters | 173.43 |
| Fiserv Health | 66,513.66 |
| Food Employers and Bakery | 133.69 |
| Foresight Escrow | 78.88 |
| Fornaio America Corp | 217.66 |
| Fort Mojave Indian Tribe | 130.27 |
| Fortis Insurance Co | 351.29 |
| Four Queens Benefit Assoc | 1,913.33 |
| Garden Grove Unified School Dist | 202.21 |
| GE Pensioner Claim Center | 2,659.88 |
| GEHA | 6,062.53 |
| General Dynamics Retirees | 188.34 |
| General Growth Mgt Inc | 756.89 |
| Genworth Life and Health | 187.34 |
| GHI Group Health Inc | 279.69 |
| Gilead | 89.09 |
| Glaziers, Architectural Metal | 173.43 |
| Globe Life and Accident Ins | 16.83 |
| Glopay | 70.43 |
| GMS Inc | 505.04 |
| Golden Nugget-Las Vegas | 3,980.65 |

**DEPAK DESAI, M.D.**
2:11-cr-00166-LRH-CWH
<u>Restitution List</u>

| | |
|---|---:|
| Golden Rule | 234.55 |
| Good Shepherd Healthcare | 26.11 |
| Goodman Manufacturing Comp | 76.14 |
| Great Plains Enterprises | 153.00 |
| Great-West Healthcare | 18,721.89 |
| Green Valley Ranch | 1,205.20 |
| Greensboro Service Center | 277.93 |
| Greystone Financial Group | 257.79 |
| Group Health Inc | 626.56 |
| Group Insurance Service Ctr | 202.16 |
| GSL Electric Health Plan | 125.42 |
| Guarantee Trust Life Insurance | 678.22 |
| Guardian Life Ins | 367.69 |
| Guess, Inc. | 104.79 |
| Guitar Center | 163.79 |
| Gulfstream Aerospace | 232.30 |
| HalCrow inc | 154.20 |
| Harrahs Operating Comp | 107.98 |
| Harrison Electrical Workers Trust | 159.71 |
| Hawaii Laborers Health | 16.05 |
| Hawaii Teamsters H&W | 272.38 |
| Haycock Petroleum | 93.63 |
| Health Care Support | 42.69 |
| HealthNet | 1,223.73 |
| HealthPartners | 306.30 |
| Herbal Works | 18.54 |
| Hertz Corp | 286.50 |
| Highmark Blue Shield | 199.22 |
| HIP Insurance Company of NY | 394.00 |
| Hometown Health Providers | 1,293.54 |
| Horace Mann Educated Financial | 44.58 |
| Horizon Blue Cross Blue Shield | 25.87 |
| Humana | 3,273.82 |
| Humana Gold Choice | 602.29 |
| Humbolt County School | 93.63 |
| IASIS Healthcare | 543.84 |
| IBEW Local 648 | 120.28 |
| IBEW Local 995 | 136.21 |
| IBEW-NECA Southwestern | 27.59 |
| Idaho Pipe Trades Health | 229.56 |
| Ideal Life Insurance | 16.05 |
| Il Fornaio America Corp | 1,301.20 |
| ILWU-PMA Coastwise Claims Office | 1,545.02 |
| Imperial Palace | 2,812.93 |
| Indiana Comprehensive Health | 28.85 |

6

DEPAK DESAI, M.D.
2:11-cr-00166-LRH-CWH
<u>Restitution List</u>

| | |
|---|---:|
| Initial Tropical Plants | 29.84 |
| Insurers Administrative Corp | 140.74 |
| Interdent Service Corporation | 347.23 |
| International Medical Group | 144.60 |
| J W Marriott Las Vegas | 98.01 |
| Jenny Craig | 101.44 |
| John Alden Life Insurance Co | 2,221.75 |
| Joseph S. Webster Enterprises | 128.91 |
| JW Marriott Las Vegas | 399.06 |
| Kaiser Permanente | 381.58 |
| Kaiser-Hill Company | 139.93 |
| Kammer Corp | 88.42 |
| KCG, Inc | 96.64 |
| Kerr Mcgee Corp | 301.91 |
| Kroger Helping Hands Fund | 54.16 |
| Kummer Kaempfer Bonner | 66.22 |
| Laboratory Medicine Consultants | 25.11 |
| Laborers National Health | 585.83 |
| Lafourche Parish Sch Board | 57.68 |
| Las Vegas Firefighters Health | 2,931.80 |
| Laticrete International | 355.62 |
| Liberty Mutual | 63.75 |
| Life Investors Insurance | 18.29 |
| Lift All Company | 163.79 |
| Lionel Sawyer & Collins Ltd | 235.64 |
| Local 804 Welfare Trust | 163.79 |
| Long Building Technologies | 165.70 |
| Long Drug Stores | 94.29 |
| LPR Enterprises | 44.57 |
| Lumber Products Inc | 148.44 |
| Lumenos | 13,626.69 |
| M&T Bank | 77.46 |
| Mail Handlers Benefit Plan | 1,330.43 |
| Management Services | 196.61 |
| Mandalay Resort Group | 11,622.81 |
| Mandara PSLV | 23.39 |
| Marsh Affinity Group Services | 20.19 |
| Masters Mates & Pilots Health | 193.76 |
| McCrew Care Central | 108.63 |
| McDonald's Corporation | 349.29 |
| MCS Life Insurance | 317.26 |
| Meadow Valley Contractors Inc | 114.46 |
| Medica Insurance Co | 73.14 |
| Medical Claims Service Inc | 196.67 |
| Medical Insurance Services | 85.68 |

DEPAK DESAI, M.D.
2:11-cr-00166-LRH-CWH
<u>Restitution List</u>

| | |
|---|---|
| Medical Mutual | 799.59 |
| Medical Reimbursement Plan | 152.14 |
| Medicare Payment | 244.78 |
| Mediversal, Inc | 1,656.83 |
| Megalive Health Insurance Comp | 361.47 |
| Meredith Corp | 212.36 |
| Merillat Industries Inc | 196.67 |
| Metropolitan Life Insurance | 528.24 |
| MGM Mirage | 127,374.74 |
| Micro-Beat Inc. | 41.15 |
| Micros Systems | 182.97 |
| Mid-West National Life Ins | 139.81 |
| Milwaukee Carpenters District Cnl | 131.17 |
| Minden Health/Welfare | 145.63 |
| Mission of Nevada | 244.81 |
| Mississippi Lime Company | 131.17 |
| Missouri Consolidated Health Care | 147.34 |
| Mitsubishi Cement Corp | 243.26 |
| Mittal | 76.09 |
| Molina Healthcare of Nev | 38.69 |
| Molina Healthcare of Nevada | 144.92 |
| Moneytree Inc Benefit Plan | 182.97 |
| Monte Carlo Resort and Casino | 1,188.75 |
| Monumental Life Insurance | 22.28 |
| Motorola | 14.30 |
| MultiNational Underwriters Inc | 1,787.39 |
| Mutual of Omaha | 396.25 |
| National Association of Letter Car | 4,283.38 |
| National Automatic Sprinkler Ind | 561.85 |
| National Claims Administrative | 662.56 |
| National Elevator Industry | 38.19 |
| National Health Insurance | 92.53 |
| National Roofers Union | 1,452.54 |
| National Rural Electric Coop Assoc | 478.95 |
| Nationwide Health Plan | 182.97 |
| Natl Assoc of Letter Carriers | 918.31 |
| Natl Rural Electric Cooperative | 133.64 |
| NEA Member Care | 19.07 |
| Neal | 17.17 |
| Nedco Supply | 133.09 |
| Nevada  Power | 108.08 |
| Nevada Care | 558.42 |
| Nevada Care HMO | 318.63 |
| Nevada Dept of Corrections | 942.10 |
| Nevada Health Solutions | 1,018.54 |

## DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
## Restitution List

| | |
|---|---|
| Nevada Medicaid | 35,466.95 |
| Nevada Power | 9,110.53 |
| Nevada State Veterans Home | 17.17 |
| Nevadacare | 46,197.37 |
| Nevadacare Hmo | 5,285.86 |
| Nevadacare Industrial | 113.09 |
| Nevada-Utah Conference C/O | 98.56 |
| Neveda Department of Corrections | 133.64 |
| Nili Neu & Associates | 44.57 |
| Nishimoto Trading Co Ltd | 109.59 |
| NLI America | 379.81 |
| Northern Nevada Operating Engr | 451.54 |
| Northwest Sheet Metal Workers | 163.79 |
| Nye County School District | 3,422.93 |
| Odell Associates | 98.01 |
| OHI Inc | 757.08 |
| OHPI NY, Inc | 225.86 |
| Oldsmar Service Center | 109.58 |
| Olympus Corp | 27.44 |
| Online Resources Corp | 490.88 |
| OpBiz, LLC | 188.45 |
| Operating Engineers Local | 24,966.36 |
| Optimum Choice | 148.44 |
| P5 Health Plan Solutions | 866.56 |
| PACCAR | 148.44 |
| Pacific Care | 198.83 |
| Pacific Gas and Electric | 343.96 |
| Pacific Life and Annuity | 917.35 |
| PacifiCare | 40,750.01 |
| Pacificare Health Plan | 6,050.61 |
| PacifiCare Life and Health | 1,159.09 |
| Pacificare Life Assurance Comp | 3,958.19 |
| Pacificare of Nevada | 271,167.24 |
| Pacificare Retiree Plans | 16.61 |
| Pacificcare | 20,551.70 |
| PacificCare Life Assurance Comp | 236.68 |
| Pacificcare of Nevada | 752.73 |
| PAI Essential StaffCARE | 163.79 |
| Palms Casino Resort | 3,009.63 |
| Payroll Solutions Employee Med | 1,088.92 |
| Pensioned Health& Welfare | 174.23 |
| Peppermill Casinos | 278.89 |
| PERCS Personal Care System | 585.83 |
| Performax | 139.81 |
| Personal Care System | 884.76 |

9

**DEPAK DESAI, M.D.**
2:11-cr-00166-LRH-CWH
<u>Restitution List</u>

| | |
|---|---:|
| Physicians Mutual Insurance Comp | 65.92 |
| Pipe Industry Health & Welfare | 19.08 |
| Pipefitters Local 195 | 108.97 |
| Pitsco Inc | 125.42 |
| PMCS | 657.44 |
| Poly-America LP | 671.47 |
| PreferredOne Administratative | 1,395.01 |
| Premera | 188.55 |
| Prestige Care Inc Employees Ben | 240.52 |
| Primedia Inc | 31.14 |
| Primerica Financial Services | 62.73 |
| Principal Life Insurance Co | 4,916.09 |
| Progressive Corp | 258.75 |
| Progressive Gaming International | 444.11 |
| Progressive Services Inc | 18.38 |
| Promark Solutions | 25.94 |
| Pronaia Capital Partners | 72.66 |
| PS Health Plan Solutions | 727.10 |
| Public Employee's Retirement | 112.12 |
| Public Storage Mgmt | 110.91 |
| Puliz Moving & Storage | 197.77 |
| Quarter Circle H Ranch | 19.91 |
| Quezada Precast Installations | 202.15 |
| Rebel Oil Company Emp Benefit | 149.40 |
| Regence BlueShield | 615.34 |
| Regence ValueCare | 43.57 |
| Renal Care Group | 237.23 |
| Resource Management | 93.63 |
| Riverside Employer/Employee | 277.55 |
| RMC Employee Benefits | 19.08 |
| Rocky Mountain Hospital | 737.83 |
| Saint Marys Preferred Health | 437.02 |
| SAMBA Health Benefit Plan | 473.69 |
| San Jose Unified School Dist | 317.26 |
| Schreck Brignone Employee Health | 244.63 |
| Screen Actors Guild-Producers Health | 700.93 |
| Seafarers Health and Benefits | 163.79 |
| Secure Horizons Direct | 957.99 |
| selecthealth | 148.44 |
| Services Corporation | 178.18 |
| Shaw Industries Inc | 131.17 |
| Shcreck Brignone Employee Health | 54.85 |
| Sheet MetalWorkers Health Plan | 2,660.61 |
| Shell & Wilmer L.L.P. | 133.64 |
| Sierra Health & Life Insurance C | 2,180.42 |

## DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
### Restitution List

| | |
|---|---:|
| Sierra Pacific Power Company | 393.99 |
| Silver State Materials | 810.01 |
| Silver State Schools | 137.75 |
| Silver State Schools Credit Union | 19.91 |
| Sisc | 16.05 |
| Skilled Healthcare | 115.28 |
| SM | 19.07 |
| SME Industries | 93.63 |
| SMW Local 104 | 312.46 |
| Snell & Wilmer LLP | 320.00 |
| Solar Industries Employees Ben | 561.85 |
| Sommer Properties | 92.53 |
| South Point Hotel and Casino | 80.54 |
| Southern California Drug Benefit | 24.03 |
| Southern California Pipe Trades | 413.18 |
| Southern California Pipefitters | 454.78 |
| Southern Electrical Health Fund | 24.82 |
| Southpoint Hotel and Casino | 72.32 |
| Southwest AG | 61.70 |
| Southwest Carpenters Health | 11,137.60 |
| Southwest Post Tension-2006 | 93.63 |
| Southwest Truck & Trailer | 78.83 |
| SPC | 84.31 |
| Special Agents Mutual Benefit Plan | 246.57 |
| St Mary's Preferred | 499.78 |
| St Rose Dominican Hospital | 3,482.29 |
| Standard Life | 30.20 |
| Stanley Steemer | 255.54 |
| Star Nurserys Inc | 665.78 |
| State Compensation Ins Fund | 88.91 |
| State Farm Mutual Automobile Ins | 149.96 |
| State of Arizona Group Health | 133.64 |
| State of California | 1,005.75 |
| State of Mississippi | 21.13 |
| State of Nevada | 18.29 |
| State of Nevada Public Emp | 25,659.27 |
| State of Washington | 438.53 |
| State of Washington Uniform Med | 202.15 |
| State ofCalifornia | 18.41 |
| Station Casinos Inc | 7,566.47 |
| Steel Engineers, Inc Health | 2,104.70 |
| Stephens Medical Group | 1,315.61 |
| Sterling Life Insurance Comp | 207.18 |
| Stewart Welfare Benefit Plan | 100.83 |
| Summerlin life and Health | 13,351.26 |

Case 2:11-cr-00166-LRH-CWH   Document 117   Filed 01/06/16   Page 22 of 24

# DEPAK DESAI, M.D.
## 2:11-cr-00166-LRH-CWH
### Restitution List

| | |
|---|---:|
| Sun State Components | 134.43 |
| Superior Administrators Inc | 140.77 |
| Swissport | 182.97 |
| TCB Plumbing | 114.46 |
| TCU-TMA Health & Welfare | 98.56 |
| Teachers Health Trust | 1,478.08 |
| Teamsters & Food Employers Sec | 609.76 |
| Teansters Security Fund | 43,761.56 |
| Teck Comince American Medical | 163.79 |
| Terracon Consultants | 189.21 |
| Terrible Hurbst | 285.50 |
| Terribles Primm Valley Resort | 2,616.90 |
| Texas Pipe Trades Health Ben | 322.53 |
| The  Loomis Comp | 92.33 |
| The Atlantic Benefits Company | 204.55 |
| The Avatar Group | 25.94 |
| The Episcopal Church Medical | 528.28 |
| The Guardiian | 1,747.10 |
| The Hartford | 422.21 |
| The Laramar Group | 165.70 |
| The Loomis Company/Benefits Div | 6,018.74 |
| The Mega Life and Health | 318.06 |
| The National Asbestos Workers | 125.42 |
| The Northern Trust Comp | 98.77 |
| The ODS Companies | 424.14 |
| The Painters Union Insurance | 16.61 |
| The Reno Plan | 145.70 |
| The Reta Trust | 150.70 |
| The Riviera Operation Corp | 1,018.29 |
| The RJA Group Inc | 161.39 |
| The Salvation Army | 106.23 |
| The United States Life Insurance | 202.15 |
| The Venetian | 38,465.55 |
| The Waggonere Trucking | 202.15 |
| Thousand Trails Benefit Plan | 163.79 |
| Time Insurance Company | 3,224.36 |
| Timet Claims Trust Account | 34.31 |
| Title InsuranceCompany | 76.09 |
| TLC Holdings | 139.81 |
| Tommy Bahama Group | 566.65 |
| Tower | 115.28 |
| Town of Ramapo | 46.14 |
| TPA: CDS Group Health | 271.22 |
| Tricare Payment | 30,100.55 |
| Trident Plan Administrators | 3,099.58 |

Case 2:11-cr-00166-LRH-CWH   Document 117   Filed 01/06/16   Page 20 of 21

**DEPAK DESAI, M.D.**
**2:11-cr-00166-LRH-CWH**
<u>**Restitution List**</u>

| | |
|---|---|
| Trivent Financial for Lutherans | 26.50 |
| Trustmarrk Life Insurance | 372.34 |
| Tybrin Corporation | 59.65 |
| UFCW-Northern Calif Health | 19,960.42 |
| Uknown | 121.31 |
| UMG Recordings Inc | 89.04 |
| UniCare Life & Health | 1,603.62 |
| Union Pacific Railroad Emp Health | 1,242.24 |
| Union Security Insurance Comp | 370.72 |
| Unite National Health Fund | 7,805.60 |
| United American Insurance Co | 1,315.12 |
| United Brotherhood of Carpenters | 270.67 |
| United Food & Commerical | 824.09 |
| United Healthcare Service | 148,274.87 |
| United Medical Imaging | 736.01 |
| United National Health Fund | 259.42 |
| United Rental | 109.76 |
| United States Life Ins | 19.57 |
| United Teacher Associates | 36.49 |
| United World Life | 16.05 |
| Universal Computer Systems | 66.22 |
| Universal Healthcare | 892.94 |
| University Health System | 96.93 |
| University of California High Opt | 20.56 |
| University of Nevada School | 165.43 |
| Upstage Productions | 27.44 |
| US Health and Life Ins | 26.62 |
| US Railroad Retirement Fund | 622.47 |
| US Security Associates | 301.67 |
| USAA Life Insurance Co | 81.11 |
| USC Senior Care | 15.98 |
| USS Corporation | 23.71 |
| Utah-Idaho Teamsters Security | 237.24 |
| VCA Antech | 207.58 |
| Vehicom Data | 28.95 |
| Vision Care Holdings | 130.35 |
| Vons EZ HealthBbenefits | 284.37 |
| Vytra Health Plans | 326.85 |
| Wal Mart | 196.47 |
| Washoe County Group Health | 409.34 |
| Wausau Benefits Inc | 223.41 |
| WEA Insurance Corp | 215.86 |
| Welfare Fund of Teamsters 863 | 202.15 |
| West Virginia Pipe Trade Health | 182.97 |
| Western Mutual Insurance | 203.25 |

**DEPAK DESAI, M.D.**
**2:11-cr-00166-LRH-CWH**
<u>**Restitution List**</u>

| | |
|---|---:|
| Western Summit Constructors | 163.79 |
| Western Teamsters Welfare Trust | 670.79 |
| Willstaff Crystal Inc | 148.44 |
| WMS Gaming Inc | 96.92 |
| WPS Health Insurance | 328.22 |
| WRG Design Inc Healthcare | 678.19 |
| Writers Guild Industry Health | 106.23 |
| Wynn Resorts | 11,700.31 |
| Yamagata Corp | 121.31 |
| Yellow Checker Star | 159.60 |
| | |
| TOTAL: | 2,213,550.00 |